It is further ordered, sua sponte, that appellee may file a memorandum in response within 30 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2008–1488. State ex rel. Bryant v. Meyer Co.**
Franklin App. No. 07AP–731, 2008-Ohio-3292. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1860. State ex rel. Bennett v. Indus. Comm.**
Franklin App. No. 07AP–481, 2008-Ohio-4372.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–1224. State ex rel. Saunders v. Cornerstone Found. Sys.**
Franklin App. No. 07AP–684, 2008-Ohio-2455.

**2008–1484. State ex rel. Lynch v. Toledo Area Regional Transit Auth.**
Franklin App. No. 07AP–872, 2008-Ohio-3297.

## CASE ANNOUNCEMENTS

*October 20, 2008*

[Cite as *10/20/2008 Case Announcements #2*, 2008-Ohio-5409.]

## MOTION AND PROCEDURAL RULING

**2008–2027. State ex rel. Myhal v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. On October 17, 2008, the court ordered an expedited briefing schedule for this case. Upon further consideration it is ordered that the briefing schedule in this case is modified as follows: Respondent's answer shall be filed no later than Monday, October 20, 2008. The parties shall file their briefs and evidence no later than 10:00 a.m. on Wednesday, October 22, 2008. The Clerk shall refuse to file any reply briefs or requests for extension of time.